UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BWP MEDIAL USA INC., d/b/a PACIFIC COAST NEWS,<br><br>      Plaintiff,<br><br> v.<br><br>RICH KIDS CLOTHING COMPANY, LLC,<br><br>      Defendant. | CASE NO. C13-1975-MAT<br><br>ORDER DENYING STIPULATED REQUEST FOR SECOND EXTENSION OF DEADLINES |

The parties filed a second Stipulation to Extend Time to Complete Discovery. (Dkt. 15.) They request the Court adjourn all existing deadlines thirty days based on defendant's failure to comply with outstanding discovery requests. However, the Court finds inadequate justification for extension of the discovery deadlines and no justification for extension of other deadlines based on the failure to comply with discovery. Accordingly, the stipulation for an extension (Dkt. 15) is DENIED. A discovery dispute requiring the Court's attention should be addressed in a motion. The Clerk is directed to send copies of this Order to all parties of record.

DATED this <u>29th</u> day of October, 2014.

                  /s/ Mary Alice Theiler
                  Mary Alice Theiler
                  Chief United States Magistrate Judge

ORDER DENYING STIPULATED REQUEST
FOR SECOND EXTENSION OF DEADLINES
PAGE - 1