# Whitaker Declaration

# Exhibit A

**From:** Jonathan Cader <JCader@sanderslawpllc.com>
**To:** "John Whitaker, Esq. (john@wlawgrp.com)" <john@wlawgrp.com>
**Date:** 10/30/2014, 7:15:20 AM
**Subject:** BWP v. Rich Kids Brand - FOR SETTLEMENT PURPOSES ONLY – SUBJECT TO FRE 408

FOR SETTLEMENT PURPOSES ONLY – SUBJECT TO FRE 408

John –

Following our conversation of last night, please let this email serve as Plaintiff's demand to Defendant.

Plaintiff will accept the sum of $30,000.00 to settle this matter. In the event that settlement is not reached, I except all open responses from Plaintiff's first set of discovery demands to be provided by today. If they are not so received, we will be constrained to filing a motion for discovery related relief under FRCP 37. Further, responses to Plaintiff's second demand for production and notice to admit will be due next week, and depositions will take place the following week.

Upon your receipt of this email, please call me to discuss.

Thank you and regards,

**Jonathan**
_____
JONATHAN M. CADER, ESQ.
**SANDERS LAW, PLLC**

100 Garden City Plaza - Fifth Floor
Garden City, New York 11530
Main: (516) 203-7600
DID: (516) 203-7643
JCader@sanderslawpllc.com