# Whitaker Declaration

# Exhibit B

## Matter Summary

**Date Start: 10/1/2013 | Date End: 2/6/2015 |**

| Date | User | Description | Rate/ Unit Price | Labor Time/ Quantity | Bill Amt/ Sell Price |
|---|---|---|---|---|---|
| **Urbanity** | | | | | |
| **BWP Media v. Urbanity** | | | | | |
| 1/14/2014 | John Whitaker | Call to client to discuss case and request for settlement demand | $350.00 hr | 0.4 | $140.00 |
| 1/27/2014 | John Whitaker | Call from opposing counsel to discuss settlement positions; conduct 26(f) conference | $350.00 hr | 0.5 | $175.00 |
| 1/28/2014 | John Whitaker | Call from client to discuss matter and evidence; preparation of joint status report | $350.00 hr | 5.25 | $1,837.50 |
| 1/30/2014 | John Whitaker | Prepare and file Answer to Complaint | $350.00 hr | 1.4 | $490.00 |
| 5/22/2014 | John Whitaker | Call to client to discuss case | $350.00 hr | 0.3 | $105.00 |
| 6/9/2014 | John Whitaker | Communicate with client regarding discovery; exchange communication with opposing counsel to request extension of time to respond to discovery | $350.00 hr | 0.2 | $70.00 |
| 7/10/2014 | John Whitaker | Preparation of responses to plaintiff's initial discovery requests | $350.00 hr | 7.75 | $2,712.50 |
| 8/14/2014 | John Whitaker | Participate in meet and confer with opposing counsel | $350.00 hr | 0.4 | $140.00 |
| 9/9/2014 | John Whitaker | Call to client and technology person to discuss matter; call with opposing counsel; revise discovery response | $350.00 hr | 1.25 | $437.50 |
| 9/30/2014 | John Whitaker | Call from opposing counsel to discuss outstanding issues and deposition dates | $350.00 hr | 0.3 | $105.00 |
| 10/30/2014 | John Whitaker | Prepare and server supplemental discovery responses pursuant to plaintiff's demands | $350.00 hr | 5.25 | $1,837.50 |
| 11/11/2014 | John Whitaker | Call from opposing counsel to discuss discovery and settlement; prepare and serve responses to plaintiff's second discovery requests | $350.00 hr | 6.4 | $2,240.00 |
| 12/15/2014 | John Whitaker | Prepare and file Motion for Summary Judgment | $350.00 hr | 6.4 | $2,240.00 |
| 1/5/2015 | John Whitaker | Prepare and file response and exhibits to oppose BWP Motion for Summary Judgment | $350.00 hr | 12.9 | $4,515.00 |
| 1/9/2015 | John Whitaker | Prepare and file reply in support of client's Motion for Summary Judgment and opposition to BWP Rule 11 motion. | $350.00 hr | 9.5 | $3,325.00 |
| 2/3/2015 | John Whitaker | Preparation of motion for attorneys fees | $350.00 hr | 2.6 | $910.00 |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/5/2015 | John Whitaker | Preparation of motion for attorneys fees and supporting declaration | $350.00 hr | 2.4 | $840.00 |
| 2/6/2015 | John Whitaker | Preparation of motion for attorneys fees and supporting declaration | $350.00 hr | 6.2 | $2,170.00 |
| | | **Total Labor For BWP Media v. Urbanity** | | **69.4** | **$24,290.00** |
| | | **Total Expense For BWP Media v. Urbanity** | | | **$0.00** |
| | | **Total For BWP Media v. Urbanity** | | | **$24,290.00** |
| | | **Total Labor For Urbanity** | | **69.4** | **$24,290.00** |
| | | **Total Expense For Urbanity** | | | **$0.00** |
| | | **Total For Urbanity** | | | **$24,290.00** |
| | | **Grand Total Labor** | | **69.4** | **$24,290.00** |
| | | **Grand Total Expenses** | | | **$0.00** |
| | | **Grand Total** | | | **$24,290.00** |