Hon. Mary Alice Theiler

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BWP Media USA Inc., d/b/a Pacific Coast News<br><br>         Plaintiff,<br><br>v.<br><br>Rich Kids Clothing Company, LLC,<br><br>         Defendant. | Cause No. 2:13-cv-01975<br><br>DECLARATION OF PHILIP P. MANN IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES |

I, Philip P. Mann, declare as follows:

1. I have personal knowledge of the facts set forth herein, and if called upon to testify, would so testify.

2. I am the founder and owner of the Mann Law Group, which is an intellectual property litigation boutique headquartered here in Seattle.

3. My practice focuses on patent, trademark, copyright and other intellectual property litigation and related counseling.

4. In my capacity as the principle of Mann Law Group, I have occasion to review and provide input in setting billing rates for myself and other attorneys that I supervise at the firm.

5. In addition, I have been practicing in the local intellectual property community for approximately the last sixteen years.

6. I have known John Whitaker, both personally and by reputation, since first relocating my practice to this area. I am aware of Mr. Whitaker's training, expertise, and skill set.

7. I have been informed by Mr. Whitaker that the billing rate he charged his client in connection with the above-identified matter is $350 per hour.

8. Based on my personal knowledge and experience in this community, and with Mr. Whitaker himself, I believe $350 per hour to be a very reasonable billing rate.

9. The foregoing statement is made under penalty of perjury under the laws the United States of America and is true and correct.

Executed: February 6, 2015      _____
                                Philip P. Mann