Hon. Mary Alice Theiler

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BWP Media USA Inc., d/b/a Pacific Coast News<br><br>    Plaintiff,<br><br>v.<br><br>Rich Kids Clothing Company, LLC,<br><br>    Defendant. | Cause No. 2:13-cv-01975<br><br>DECLARATION OF GREGORY WESNER IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES |

I, Gregory F. Wesner, declare as follows:

1. I have personal knowledge of the facts set forth herein, and if called upon to testify, would so testify.

2. I am a shareholder with the firm of Lane Powell PC, which is a full-service international law firm headquartered here in Seattle.

3. My practice focuses on patent, trademark, copyright and other intellectual property litigation and related counseling.

4. In my capacity as a shareholder with Lane Powell, I have occasion to review and provide input in setting billing rates for myself and other attorneys that I supervise at the firm.

Wesner Declaration        Page 1

WHITAKER LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: 206.436.8500

5. In addition, I have been practicing in the local intellectual property community for approximately the last fifteen years.

6. I have known John Whitaker, both personally and by reputation, since first relocating my practice to this area. I am aware of Mr. Whitaker's training, expertise, and skill set.

7. I have been informed by Mr. Whitaker that the billing rate he charged his client in connection with the above-identified matter is $350 per hour.

8. Based on my personal knowledge and experience in this community, and with Mr. Whitaker himself, I believe $350 per hour to be a very reasonable billing rate.

9. The foregoing statement is made under penalty of perjury under the laws the United States of America and is true and correct.

Executed: February 5, 2015

Gregory Wesner

WSBA No. 30,241